AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Arnoldo VIDAURRI | ) | Case No. 5:19-MJ-10 |
| USC | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Did knowingly export and send from the U.S., and attempted to export and send from the United States, two Ruger LCP 380 pistols, (Serial Nos. 372172384 and 372200207), and one hundred (100) rounds of .380 caliber ammunition contrary to any law and regulation of the United States, and receives, conceals, buys, sells, and in any manner facilitates the transportation, concealment, and sale of such merchandise, article and object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

Please see attachment

☑ Continued on the attached sheet.

/s/ Gustavo Lopez
*Complainant's signature*

Gustavo Lopez, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/04/2019

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon, US Magistrate Judge
*Printed name and title*

## Attachment A

I am a Special Agent of the United States with Homeland Security Investigations (HSI) and am knowledgeable of the following facts:

1. On January 2, 2019, at approximately 4:47 PM, Customs and Border Protection Officers (CBPOs) conducting outbound operations at the Lincoln/Juarez Port of Entry inspected a 2008 Honda Odyssey occupied by three male subjects. A CBPO stated he received a negative oral declaration from the driver Arnold VIDAURRI, a United States citizen, for weapons and ammunition.

2. During the inspection, CBPOs discovered two pistols concealed inside a cardboard box in the rear of the vehicle, and two boxes of ammunition were discovered in a passenger's sweater pocket.

3. Homeland Security Investigations (HSI) Special Agents (SAs) and Task Force Officers (TFOs) arrived on scene and conducted interviews. VIDAURRI was read his Miranda Rights and stated he was willing to answer questions.

4. VIDAURRI stated he purchased two pistols and two boxes of ammunition earlier in the day. VIDAURRI stated he was going to keep one pistol at his house in Laredo, Texas for protection and he was going to inquire if he could register the other pistol in Mexico.

5. VIDAURRI admitted he was aware it was illegal to export firearms and ammunition into Mexico. VIDAURRI stated he removed the two handguns from their original box and placed them in a cardboard box in the rear of the vehicle.

6. Two Ruger LCP 380 pistols and one hundred rounds (100) of ammunition were seized.